IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE ILENE COHEN DURANGO,

    Plaintiff,

v.                                                        CIV 11-0152 MCA/KBM

MATTHEW E. COHEN, individually,

    Defendant.

## ORDER

    THIS MATTER comes before the Court *sua sponte*. On June 8, 2012, the Court entered two orders. The Court removed Defendant Matthew Cohen as trustee of Trust B the Revocable Living Trust of Selma Bandel Cohen, dated July 15, 1991 ("Trust B") and designated Plaintiff Jane Ilene Cohen Durango as the successor trustee of Trust B. *See Doc. 57*. Additionally, the Court confirmed its November 3, 2011 ruling on Plaintiff's Motion to Protect Trust Assets *(Doc. 22)*, prohibiting Defendant Matthew Cohen from using assets of the Revocable Living Trust of Selma Bandel Cohen to his benefit or for any matter relating to this lawsuit, pending the Court's final determination of Plaintiff's claims. *See Doc. 58*.

    In order that the letter and spirit of these directives be carried out in a meaningful manner, and to ensure compliance with same, I find it necessary to further require that any third-parties affected by these directives be immediately notified of the Court's rulings.

    IT IS THEREFORE ORDERED that the Defendant shall identify, on a continuing basis, any and all entities which have been or are currently engaged in business of any kind with Trust B and/or the Revocable Living Trust of Selma Bandel Cohen.

IT IS FURTHER ORDERED that Plaintiff, to the extent she has not done so already, notify each and every such entity of the Court's Orders *(Docs. 57, 58)*.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE